IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUGUETTE NICOLE YOUNG,          No. C-14-4778 TEH (PR)

       Petitioner,

                           ORDER OF DISMISSAL

  v.

CITY AND COUNTY OF SAN FRANCISCO,

       Respondent.

_____/

       On October 24, 2014, Petitioner Huguette Nicole Young, an inmate at San Francisco County Jail, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 7, 2014, the Court issued a notice of reassignment and an order reassigning the action to the undersigned judge.  On November 20, 2014, the mail that was sent to Petitioner was returned by the post office as undeliverable.

       Because sixty days have passed since the Court's mail to Petitioner was returned as undeliverable, and the Court has received no written communication from Petitioner indicating a current address, the case is dismissed without prejudice pursuant to Civil Local Rule 3-11(b).

       The Clerk shall close the file.

       IT IS SO ORDERED.

DATED    *01/21/2015*                 /s/ Thelton E. Henderson
                                                  THELTON E. HENDERSON
                                                  United States District Judge

G:\PRO-SE\TEH\HC.14\Young 14-4778 Dismiss.wpd